# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT MORALES,<br><br>    Plaintiff,<br><br>    v.<br><br>HEATHER SHIRLEY, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00511-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 1) |

Plaintiff Gilbert Morales is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 5, 2023, the Court severed this action from case number 1:23-cv-00470-BAM (PC), Ricky L. Thomas v. Shirley, et al., and directed Plaintiff to file a signed complaint and pay the $402.00 filing fee or submit an application to proceed in forma pauperis within forty-five days. (ECF No. 1.) Plaintiff has not complied with the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff is directed to show cause within fourteen (14) days from the date of service of this order why the action should not be dismissed. The failure to comply with this order will result in a recommendation that the action be dismissed for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **May 30, 2023**

UNITED STATES MAGISTRATE JUDGE

1