UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT MORALES, | No. 1:23-cv-00511-ADA-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| HEATHER SHIRLEY, et al., | (ECF No. 5) |
| Defendants. | |

Plaintiff Gilbert Morales ("Plaintiff") is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2023, the Magistrate Judge filed a findings and recommendations recommending the dismissal of this action for Plaintiff's failure to comply with a court order and prosecute this action. (ECF No. 5.) The findings and recommendations were served on Plaintiff and contained notice that objections thereto were to be filed within fourteen days. (ECF No. 5 at 3.) Plaintiff has not filed objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly,

1. The findings and recommendations, filed on June 23, 2023, (ECF No. 5), is adopted in full; and

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   September 18, 2023

_____
UNITED STATES DISTRICT JUDGE

2